# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

**TORTS**                                                                                    **ACTIONS UNDER STATUTES**

**CONTRACT**                    **PERSONAL INJURY**          **PERSONAL INJURY**              **FORFEITURE/PENALTY**        **BANKRUPTCY**                  **OTHER STATUTES**

[ ] 110  INSURANCE              [ ] 310 AIRPLANE             [ ] 367 HEALTHCARE/              [ ] 625 DRUG RELATED          [ ] 422 APPEAL                  [ ] 375 FALSE CLAIMS
[ ] 120  MARINE                 [ ] 315 AIRPLANE PRODUCT         PHARMACEUTICAL PERSONAL         SEIZURE OF PROPERTY            28 USC 158                   [ ] 376 QUI TAM
[ ] 130  MILLER ACT                     LIABILITY                INJURY/PRODUCT LIABILITY        21 USC 881                 [ ] 423 WITHDRAWAL              [ ] 400 STATE
[ ] 140  NEGOTIABLE             [ ] 320 ASSAULT, LIBEL &     [ ] 365 PERSONAL INJURY          [ ] 690 OTHER                        28 USC 157                     REAPPORTIONMENT
         INSTRUMENT                     SLANDER                  PRODUCT LIABILITY                                                                         [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF            [ ] 330 FEDERAL              [ ] 368 ASBESTOS PERSONAL                                                                      [ ] 430 BANKS & BANKING
         OVERPAYMENT &                  EMPLOYERS'                  INJURY PRODUCT                                           **PROPERTY RIGHTS**            [ ] 450 COMMERCE
         ENFORCEMENT                    LIABILITY                   LIABILITY                                                                              [ ] 460 DEPORTATION
         OF JUDGMENT            [ ] 340 MARINE                                                                              [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT           [ ] 345 MARINE PRODUCT       **PERSONAL PROPERTY**                                          [ ] 830 PATENT                          ENCED & CORRUPT
[ ] 152  RECOVERY OF                    LIABILITY                                                                           [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION      ORGANIZATION ACT
         DEFAULTED              [ ] 350 MOTOR VEHICLE        [ ] 370 OTHER FRAUD                                            [ ] 840 TRADEMARK                       (RICO)
         STUDENT LOANS          [ ] 355 MOTOR VEHICLE        [ ] 371 TRUTH IN LENDING                                                                      [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)                PRODUCT LIABILITY                                                                    **SOCIAL SECURITY**            [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF            [ ] 360 OTHER PERSONAL                                                                                                              PROTECTION ACT
         OVERPAYMENT                    INJURY               [ ] 380 OTHER PERSONAL           **LABOR**                     [ ] 861 HIA (1395ff)
         OF VETERAN'S           [ ] 362 PERSONAL INJURY -            PROPERTY DAMAGE                                        [ ] 862 BLACK LUNG (923)       [ ] 490 CABLE/SATELLITE TV
         BENEFITS                       MED MALPRACTICE      [ ] 385 PROPERTY DAMAGE          [ ] 710 FAIR LABOR            [ ] 863 DIWC/DIWW (405(g))     [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                PRODUCT LIABILITY                STANDARDS ACT         [ ] 864 SSID TITLE XVI                 COMMODITIES/
         SUITS                                                                                 [ ] 720 LABOR/MGMT           [ ] 865 RSI (405(g))                   EXCHANGE
[ ] 190  OTHER                                               **PRISONER PETITIONS**                   RELATIONS
         CONTRACT                                            [ ] 463 ALIEN DETAINEE            [ ] 740 RAILWAY LABOR ACT                                   [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT               **ACTIONS UNDER STATUTES**   [ ] 510 MOTIONS TO                [ ] 751 FAMILY MEDICAL        **FEDERAL TAX SUITS**                ACTIONS
         PRODUCT                                                     VACATE SENTENCE                  LEAVE ACT (FMLA)                                     [ ] 891 AGRICULTURAL ACTS
         LIABILITY              **CIVIL RIGHTS**                     28 USC 2255                                            [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE                                            [ ] 530 HABEAS CORPUS             [ ] 790 OTHER LABOR                 Defendant)              [ ] 893 ENVIRONMENTAL
                                [ ] 440 OTHER CIVIL RIGHTS   [ ] 535 DEATH PENALTY                    LITIGATION            [ ] 871 IRS-THIRD PARTY                MATTERS
                                        (Non-Prisoner)       [ ] 540 MANDAMUS & OTHER         [ ] 791 EMPL RET INC                 26 USC 7609            [ ] 895 FREEDOM OF
**REAL PROPERTY**               [ ] 441 VOTING                                                        SECURITY ACT (ERISA)                                         INFORMATION ACT
                                [ ] 442 EMPLOYMENT                                                                                                         [ ] 896 ARBITRATION
[ ] 210  LAND                   [ ] 443 HOUSING/             **PRISONER CIVIL RIGHTS**         **IMMIGRATION**                                             [ ] 899 ADMINISTRATIVE
         CONDEMNATION                   ACCOMMODATIONS                                                                                                              PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE            [ ] 445 AMERICANS WITH       [ ] 550 CIVIL RIGHTS              [ ] 462 NATURALIZATION                                                APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &                   DISABILITIES -       [ ] 555 PRISON CONDITION                 APPLICATION
         EJECTMENT                      EMPLOYMENT           [ ] 560 CIVIL DETAINEE            [ ] 465 OTHER IMMIGRATION                                   [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND          [ ] 446 AMERICANS WITH           CONDITIONS OF CONFINEMENT            ACTIONS                                                      STATE STATUTES
[ ] 245  TORT PRODUCT                   DISABILITIES -OTHER
         LIABILITY              [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
UNDER F.R.C.P. 23                         AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                          IF SO, STATE:

DEMAND $_____    OTHER _____    JUDGE _____    DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES  [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] a. **all parties represented**
[ ] b. **At least one party is pro se.**
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF [ ] 2 U.S. DEFENDANT [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY) [ ] 4 DIVERSITY

***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
JOSHUA SMITH - New York County
CAMERON NILES - New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
PERGOLA 36 LLC - 36 West 28th Street, New York, NY 10001 - New York County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:
n/a

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [X] MANHATTAN

DATE 05/18/2022

SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 05 Yr. 2015 )
Attorney Bar Code # CL0798

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge ______________________________ is so Designated.

Ruby J. Krajick, Clerk of Court by ______________ Deputy Clerk, DATED ______________________.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form Save Print