**EXHIBIT 4**

## hjo@crumiller.com

| | |
|---|---|
| **From:** | Chloe Liederman <cl@crumiller.com> |
| **Sent:** | Wednesday, October 12, 2022 1:52 PM |
| **To:** | Vivianna Morales |
| **Cc:** | Hilary Orzick; Lou Pechman |
| **Subject:** | Re: Meet & Confer |
| **Attachments:** | 2022-08-31 Plaintiffs' First Set of Requests for Production of Documents.pdf; 2022-08-31 Plaintiffs' First Set of Interrogatories.pdf; DRAFT ESI protocol agreement (plaintiffs).docx; 2022-08-29 Defendant's Initial Disclosures.pdf; 2022-08-24 Plaintiffs' Initial Disclosures.pdf; First Set of Document Requests (Pergola).pdf; First Set of Interrogatories (Pergola).pdf |

Good afternoon,

This is to memorialize our meet & confer phone call from this morning, in which you declined of our proposal to further accommodate defendants and resolve this dispute by offering a mutual extension on discovery responses to 10/31, with deficiencies in Defendant's Initial Disclosures to be cured by that date and our ESI protocol to be reviewed in the interim.

For your convenience, below are the deficiencies in Defendant's Initial Disclosures, which we addressed to prior counsel by email dated 8/31:

- (A)(i) doesn't include the categories of relevant information each witness has.
    - Also, to the extent Defendants are aware of any of the identities and/or contact info of the people referred to at #7-9, Defendants must disclose such information.

- (A)(ii) doesn't state the locations of the categories of documents listed.

Also for your convenience, attached please find:
-Plaintiffs' first sets of document requests and interrogatories, timely served on 8/31
-Plaintiffs' proposed ESI protocol agreement, also served on 8/31
-Plaintiffs' Initial Disclosures, timely served on 8/24
-Defendant's Initial Disclosures, served late on 8/29
-Defendant's first sets of document requests and interrogatories, served late on 9/14

Also, please let us know which of Ms. Leber's new dates for pre-mediation conference work for you:

Oct 17 10 am or 2-5pm

Oct 20  2-5pm

(She also listed Oct. 14 10am-2pm, but unfortunately we are not available at that time.)


Thanks,

Chloe Liederman
Associate
Crumiller P.C.
16 Court St, Ste 2500

1

Brooklyn, NY 11241
(212) 390-8480
personal pronouns: she/her
crumiller.com * facebook * twitter * linkedin

On Tue, Oct 11, 2022 at 6:08 PM Vivianna Morales <morales@pechmanlaw.com> wrote:
9:30 a.m. is better for me.  You can call (212) 583-9500.

Thanks,
Vivianna

> **From:** Chloe Liederman <cl@crumiller.com>
> **Sent:** Tuesday, October 11, 2022 5:26:17 PM
> **To:** Vivianna Morales <morales@pechmanlaw.com>
> **Cc:** Hilary Orzick <hjo@crumiller.com>; Lou Pechman <pechman@pechmanlaw.com>
> **Subject:** Re: Meet & Confer
>
> Okay, Let's do 9am. Let me know the best number to call.
>
> Thanks,
>
> Chloe Liederman
> Associate
> Crumiller P.C.
> 16 Court St, Ste 2500
> Brooklyn, NY 11241
> (212) 390-8480
> personal pronouns: she/her
> crumiller.com * facebook * twitter * linkedin
>
>
> On Tue, Oct 11, 2022 at 4:41 PM Vivianna Morales <morales@pechmanlaw.com> wrote:
>
>> Counsel,
>>
>>
>> I was on a call when you phoned earlier, and have been tied up with other matters this afternoon.  What is your availability for a call tomorrow? I am free anytime except from 10:00 a.m. to 11:30 a.m. and from 1:00 p.m. to 2:00 p.m.
>>
>>
>> Thanks,
>>
>> Vivianna
>>
>>
>> **From:** Hilary Orzick <hjo@crumiller.com>
>> **Date:** Tuesday, October 11, 2022 at 3:15 PM

2

**To:** Vivianna Morales <morales@pechmanlaw.com>
**Cc:** Chloe Liederman <cl@crumiller.com>, Michael Pappas <michael@pappaslawfirm.com>, Lou Pechman <pechman@pechmanlaw.com>
**Subject:** Re: Meet & Confer

We're awaiting your response and are available until 5pm today. Thanks.

On Tue, Oct 11, 2022 at 1:17 PM Hilary Orzick <hjo@crumiller.com> wrote:

> Vivianna,
>
> We tried to reach you and left a message with your secretary. Are you available to speak at 1:30pm?

On Tue, Oct 11, 2022 at 11:35 AM Vivianna Morales <morales@pechmanlaw.com> wrote:

> I do not understand what you mean as to a "disagreement" between outgoing and incoming counsel. In any event, you can reach me at your convenience at (212) 583-9500.
>
> ---
>
> **From:** Chloe Liederman <cl@crumiller.com>
> **Date:** Tuesday, October 11, 2022 at 11:05 AM
> **To:** Michael Pappas <michael@pappaslawfirm.com>
> **Cc:** Vivianna Morales <morales@pechmanlaw.com>, Lou Pechman <pechman@pechmanlaw.com>, Hilary Orzick <hjo@crumiller.com>
> **Subject:** Re: Meet & Confer
>
> I note again that there is a disagreement between the two defense teams regarding who is responsible at this time.
>
> Vivianna, please let us know when you are available to meet and confer, since Michael refuses to engage any further.
>
> Thanks,
>
> Chloe Liederman

Associate

Crumiller P.C.

16 Court St, Ste 2500

Brooklyn, NY 11241

(212) 390-8480

personal pronouns: she/her

crumiller.com * facebook * twitter * linkedin

On Tue, Oct 11, 2022 at 10:54 AM Michael Pappas <michael@pappaslawfirm.com> wrote:

> The Defendant has determined that it wishes to change counsel and has a right to counsel of its choice. A stipulation of substitution was appropriately filed and is simply awaiting signature by the court. The appropriate thing to do is to allow the court time to so order the stipulation, and then proceed with new counsel. I believe the court would expect you to provide a reasonable amount of time for that purpose. I will not be engaging with you any further on this issue.
>
> Very truly yours,
>
> Michael Pappas
>
> Michael P. Pappas, Esq.
>
> Michael P. Pappas Law Firm, P.C.
>
> *Employment Litigation, Counseling, and Compliance*
>
> 3 Columbus Circle, 15th Floor
>
> New York, New York 10019
>
> Phone: (646) 770-7890
>
> Fax: (646) 417-6688
>
> pappaslawfirm.com

This email might contain confidential and privileged material for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**From:** Chloe Liederman <cl@crumiller.com>
**Sent:** Tuesday, October 11, 2022 10:48 AM
**To:** Michael Pappas <michael@pappaslawfirm.com>
**Cc:** Vivianna Morales <morales@pechmanlaw.com>; Lou Pechman <pechman@pechmanlaw.com>; Hilary Orzick <hjo@crumiller.com>
**Subject:** Re: Meet & Confer

Okay so again, neither incoming nor outgoing counsel wishes to take responsibility, with each defense team pointing to the other as the responsible party.

We will proceed accordingly.

Chloe Liederman

Associate
Crumiller P.C.
16 Court St, Ste 2500

Brooklyn, NY 11241
(212) 390-8480

personal pronouns: she/her

crumiller.com * facebook * twitter * linkedin

On Tue, Oct 11, 2022 at 10:43 AM Michael Pappas <michael@pappaslawfirm.com> wrote:

> As you know, a stipulation of substitution of counsel was filed on 9/30/22, to be so ordered by the court. To the extent you believe you need to meet and confer regarding discovery, you may do so with incoming counsel.
>
> Very truly yours,

5

Michael Pappas

Michael P. Pappas, Esq.

Michael P. Pappas Law Firm, P.C.

*Employment Litigation, Counseling, and Compliance*

3 Columbus Circle, 15th Floor

New York, New York 10019

Phone: (646) 770-7890

Fax: (646) 417-6688

pappaslawfirm.com

This email might contain confidential and privileged material for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**From:** Chloe Liederman <cl@crumiller.com>
**Sent:** Tuesday, October 11, 2022 10:22 AM
**To:** Vivianna Morales <morales@pechmanlaw.com>; Lou Pechman <pechman@pechmanlaw.com>; Michael Pappas <michael@pappaslawfirm.com>
**Cc:** Hilary Orzick <hjo@crumiller.com>
**Subject:** Meet & Confer

Good morning, counsel.

Michael -- Vivianna has asserted that you have not yet been relieved as counsel to Defendant, pending Judge Liman's so-ordering of the substitution. However, you have been referring us to incoming counsel regarding discovery issues since September 8. In this way, both defense teams (incoming and outgoing) have been using this transition period to dodge responsibility for the case, which is not acceptable. Nor is Defendant's continuing pattern of delinquency acceptable.

I emphasize that this latest issue regarding overdue responses to Plaintiffs' document requests and interrogatories is the third time in the relatively short history of this litigation that Defendant has blown a discovery deadline without prior request for extension, and also that nobody on either legal team timely asked for an extension on responses even though Defendant has known since at least 9/8 that it would be substituting counsel. In fact, the first request for extension on responses occurred a week after the deadline had elapsed.

In light of the above, we all need to meet and confer regarding Defendant's overdue discovery responses. I have been asking Vivianna for meet and confer since 10/4, and yesterday evening she indicated that she is available today. Please let us know what time works for both incoming and outgoing counsel to meet and confer with us.

Thanks,

Chloe Liederman

Associate
Crumiller P.C.
16 Court St, Ste 2500

Brooklyn, NY 11241
(212) 390-8480

personal pronouns: she/her

crumiller.com * facebook * twitter * linkedin

7