UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSHUA SMITH and CAMERON NILES, individually
and on behalf of all other persons similarly situated,

                      Plaintiffs,      22 Civ. 4052 (LJL)

  -v-

                      **STIPULATION OF**
                      **DISMISSAL WITH**
PERGOLA 36 LLC,          **PREJUDICE**

                     Defendant.
------------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that, pursuant to Rule 41(a)(1)(A)(ii), this action shall be and hereby is dismissed, with prejudice, against Defendant Pergola 36 LLC, and without costs or fees to any party.

Dated: New York, New York
       April 26, 2023

| CRUMILLER P.C. | PECHMAN LAW GROUP PLLC |
|---|---|
| By: _/s/ Hilary Orzick_ | By: _/s/ Louis Pechman_ |
| Chloe Liederman, Esq. | Louis Pechman, Esq. |
| Hilary Orzick, Esq. | Vivianna Morales, Esq. |
| 16 Court Street, Suite 2500 | 488 Madison Avenue, Suite 1704 |
| New York, NY 11241 | New York, NY 10022 |
| (212) 390–8480 | (212) 583-9500 |
| cl@crumiller.com | pechman@pechmanlaw.com |
| hjo@crumiller.com | morales@pechmanlaw.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |